LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
Phone: (702) 307-2022
E-Fax: (702) 974-0976

TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-12-20766
)
MARIA G BECERRA ) IN PROCEEDINGS UNDER CHAPTER 7
)
) NOTICE OF UNCLAIMED FUNDS
)
Debtor(s) )

TO: Clerk, United States Bankruptcy Court

FROM: Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 7 | HSBC/BSBUY<br>Po Box 15519<br>Wilmington, DE 19850 | | $ 203.68 |
| | Total | $ 0.00 | $ 203.68 |

Date: *June 2, 2017*

_____
Trustee Lenard E. Schwartzer