**Fill in this Information to identify the case:**

Debtor 1: **Maria G       Becerra**
          First Name  Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: District of Nevada

Case number: **12-20766**

---

**Form NVB 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | 9,226.84 |
| Claimant's Name: | Parkway Villas HOA |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Level Property Management<br>8966 Spanish Ridge Ave   Suite 100<br>Las Vegas, NV 89148<br>(702) 433-0149<br>Christian.Diamandis@levelprop.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney District
of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 5, 2020

Signature of Applicant
Parkway Villas Home Owners Assn
By: Frank N. Mavroudis, PRES
Printed Name of Applicant

Address: 9309 Sienna Ridge Dr
Las Vegas NV 89117

Telephone: 516-228-1222

Email: frankmav@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**

STATE OF __Nevada__

COUNTY OF __Clark__

This Application for Unclaimed Funds, dated 5-5-2020 ~~Frank N. Mavrou~~ was subscribed and sworn to before me this 5 day of May, 20 20 by

__Frank N. Mavroudis__

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public __[signature]__

My commission expires: 12-18-2023

AILYN G. MARTINEZ
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 12-18-2023
Certificate No: 16-1273-1

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)     Notary Public _____

My commission expires:

Please attach notarization as a separate document if needed.

Please attach notarization as a separate document if needed.

Form 1340                Application for Payment of Unclaimed Funds                Page 3




RECEIVED
~~AND FILED~~

JUN -2 2020   NPC

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

## NOTICE OF RECEIPT OF MAIL

This document was received through the mail by the U.S. Bankruptcy Court, District of Nevada.

The court is committed to continuing service to the public during the Coronavirus (COVID-19) outbreak. During Governor Sisolak's press conference he stated that all Nevadans should stay home to protect family and the public. The court is taking actions to protect individuals involved in bankruptcy cases, as well as court employees, from transmission of the virus.

Due to safety and health concerns for U.S. Bankruptcy Court's staff, the time stamp on this document is when the envelope was received in the Clerk's office. The documents are being held for a minimum of 24 hours before processing per instructions for handling mail by the U.S. Marshal Service.

Clerk's Office
U.S. Bankruptcy Court,
District of Nevada
Phone: 1-866-232-1266
Email: helpdesk@nvb.uscourts.gov
Website: www.nvb.uscourts.gov